UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH GARZA,<br><br>Defendant. | No. 2:16-CR-108-SAB<br><br>ORDER GRANTING MOTION TO MODIFY |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release. Defendant requests to travel to Lamont, California, to assist her daughter and grandchildren. The United States takes no position regarding Defendant's Motion; the U.S. Probation Office does not object to her request.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 20,** is **GRANTED.** Defendant may travel by bus to Lamont, California, on **September 24, 2016,** to return to Brewster, Washington, no later than **October 22, 2016.**

Prior to travel, Defendant must provide Pretrial Services with specific contact information as to where she will be staying, and a telephone number where she can be contacted at any time that she is out of the district. Defendant must contact the U.S. Probation Office every Monday.

While out of the district, Defendant is subject to all previously-ordered conditions of release not inconsistent with temporary travel outside the district.

DATED September 20, 2016.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1